IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TANESHIA ROBINSON,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>AMERICAN GENERAL LIFE &       )<br>ACCIDENT INSURANCE CO.,       )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:16cv354-MHT<br>(WO) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 25), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of January, 2017.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE